STATE of Missouri, Respondent,

v.

**Paul C. RAMSEY, Appellant.**

No. 65208.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 17, 1995.

---

5. Due to the dispositive nature of father's first point of appeal, we need not address the other two points.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on his convictions for attempted rape, sodomy and two counts of armed criminal action. We affirm. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 30.25(b).